## 29758, 30006. COKER v. THE STATE (two cases).

UNDERCOFLER, Presiding Justice.

The Supreme Court of the United States remanded this case with direction that the death penalty imposed for rape be vacated. Coker v. Georgia, 433 U. S. — (97 SC 2861) (1977). The former judgment, 234 Ga. 555 (216

SE2d 782) (1975), is vacated and the judgment of the trial court is affirmed except for the portion thereof which imposes the death penalty.

DECIDED SEPTEMBER 6, 1977.

*E. Kontz Bennett, Jr., Dennis J. Strickland,* for appellant.

*Dewey Hayes, District Attorney, M. C. Pritchard, Arthur K. Bolton, Attorney General, Julius C. Daugherty, Jr.,* for appellee.